UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VERA FIELDS  JURY TRIAL DEMANDED

v.  CASE NO. 3:05CV

WESTERN MASS. CREDIT CORP.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant communicated with plaintiff in an effort to collect an account for Sovereign Bank.

7. Defendant added a 15% adjustment fee to the account, and otherwise violated the FDCPA or the Connecticut Consumer Collection Agency Act.

FIRST COUNT

8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

9. Within three years prior to the date of this action defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY__/s/ Joanne S. Faulkner__  
                JOANNE S. FAULKNER ct04137  
                123 AVON STREET  
                NEW HAVEN, CT 06511-2422  
                (203) 772-0395  
                j.faulkner@snet.net